1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9   VISION WHEEL, INC., an Alabama
    Corporation, and VISION
10  COMPOSITE PRODUCTS, LLC, an
    Alabama Limited Liability Company,
11
12              Plaintiffs,
13  v.
14  VISION FORGED, a California
    Corporation; and DOES 1 – 100,
15
16              Defendants.

Case No.: 2:24-cv-2660-SB-AS

**PERMANENT INJUNCTION ORDER**

17

## PERMANENT INJUNCTION ORDER

18      In accordance with the parties' Stipulation Regarding Permanent Injunction And
19  Release of Bond (filed June 26, 2024), it is ORDERED AND ADJUDGED that
20  Defendant VISION FORGED, its officers (including, without limitation, Yi Min Siow),
21  directors, employees, agents, subsidiaries, distributors, and all persons in active concert
22  or participation with Defendant are permanently enjoined:
23      1.      From manufacturing, importing, advertising, promoting, offering to sell,
24  selling, distributing, or transferring any custom wheel rims, other automotive-related
25  products, or related products bearing the mark VISION FORGED or bearing any other
26  mark that is identical or confusingly similar to the VISION mark;
27      2.      From using the mark VISION FORGED or any other mark that is identical
28  or confusingly similar to the VISION mark in any manner in connection with the

distribution, marketing, advertising, offering for sale, or sale of any custom wheel rims, other automotive-related products, or related products; among other things (without limitation), Defendant shall immediately and permanently cease advertising, marketing, or offering for sale custom wheel rims, other automotive-related products, or related products on any social media page, ecommerce page or other webpage whose domain name or domain extension includes the word "vision" or any variant thereof (including, without limitation, on Facebook.com, Instagram.com, X.com (formerly known as Twitter), TikTok.com, YouTube.com, eBay.com, WheelFront.com, and on www.volareforged.com or any other website operated by Defendant); also, among other things (without limitation), Defendant is permanently enjoined from having the domain www.visionforged.com redirect to www.volareforged.com or to any other website operated by Defendant), from using the email address visionforged@gmail.com (in connection with the distribution, marketing, advertising, offering for sale, or sale of any custom wheel rims, other automotive-related products, or related products), or from doing business under the name VISION FORGED (while in the business of distribution, marketing, advertising, offering for sale, or sale of any custom wheel rims, other automotive-related products, or related products); [the foregoing examples are illustrative only and do not in any way limit the terms of the permanent injunction;]

3.     From using the mark VISION FORGED or any other mark that is identical or confusingly similar to the VISION mark on any metadata (e.g., metatags), keywords, product titles, or otherwise in any manner to promote or drive consumers to any website operated by Defendant or any social media page or ecommerce page used by Defendant or advertising, selling, or promoting Defendant's products (including, without limitation, on Facebook.com, Instagram.com, X.com (formerly known as Twitter), TikTok.com, YouTube.com, eBay.com, WheelFront.com, and on www.volareforged.com or any other website operated by Defendant);

4.     Committing any acts calculated to cause confusion, mistake, or deception whereby consumers believe that Defendant's products are those sold or offered under

the authorization, control, or supervision of Plaintiffs, or are sponsored by, approved by, or otherwise associated with Plaintiffs; or

   5.   Further infringing Plaintiffs' trademarks and damaging Plaintiffs' goodwill.


IT IS SO ORDERED.


DATED:  June 27, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge